UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

MARGARET WILSON,

Case No.: 6:12-bk-04757-ABB
Chapter 13

Debtor.
_____/

____ **Chapter 13 Plan**           **X** **Amended Chapter 13 Plan**

Come now, the Debtor, Margaret Wilson, by and through the undersigned attorney, and file this Chapter 13 Plan. The projected disposable income of the debtors is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtors shall pay the following sums to the Chapter 13 Standing Trustee:

Plan Payments

| Payment Number by Months | Amount of Monthly Plan Payment |
|---|---|
| 1 – 3 (May, 2012 – July, 2012) | $1,320.00 |
| 4 – 60 (August, 2012 – April, 2017) | $1,184.00 |

The Debtors shall pay by **money order, cashier's check**, or **wage deduction** to Laurie K Weatherford, Chapter 13 Standing Trustee, P.O. Box 1103, Memphis, Tennessee 38101-1103. The Debtors' name and case number must be indicated clearly thereon and received by the due dates for payment established by court order.

PAYMENT OF CLAIMS THROUGH THE PLAN

**Attorney Fees**

| Attorney Name | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Law Office of Avie Croce | $3,000.00 | $50.00 | 1 – 60 |

**Priority claims:**
The fees and expenses of the trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee and

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

**Secured Claims:**

| Secured Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Bank of America | $202,128.00 | $1,138.00 | 1 – 3 |
|  |  | $1,014.65 | 4 – 60 |

Debtor and Bank of America have completed Mortgage Mediation.

| | | | |
|---|---|---|---|
| Capital One Auto Finance | $11,478.00 | None | |

Debtor is filing a Motion to Pay outside the Plan.

**Secured Arrearage:**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
|  |  |  |  |

**Secured Gap Payments:**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
|  |  |  |  |

**Property to be Surrendered:**

| Creditor Name: | Property: |
|---|---|
|  |  |

**Valuation of Security:**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| NONE |  |  |  |

(Motion to Value must be filed consistent with plan treatment.)

**Executory Contracts:**

**The following Executory Contracts are assumed:**

| Name of Creditor: | Description of Collateral: | Month Numbers: |
|---|---|---|
| NONE |  |  |

**The following Executory Contracts are rejected:**

| Name of Creditor: | Description of Collateral: |
|---|---|
| NONE |  |

**Unsecured Creditors**: whose claims are allowed shall receive a pro rata share of the balance of the funds remaining after payments to Priority and Secured Creditors are made. Approximate percentage: ___0%___

Property of the Estate revests in the Debtors upon confirmation of the plan.

Dated this _____ day of April, 2012.

                                                                                                Law Office of Avie Meshbesher Croce
Avie Meshbesher Croce, Esquire
Florida Bar No. 0020519
1301 Beville Road, Suite 8
Daytona Beach, FL  32119
(386) 304-2821 (Telephone)

| Date | # | Unsecured (DUE DATE 5/28/2012) | | Debtor Pmt | Tee Fee 10.0% | | ATTY | | Bank of America | | Capital One |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 60 | | 60 | | | | | | | |
| 5/28/2012 | 1 | $0.00 | | $1,320.00 | $132.00 | | $50.00 | | 1,138.00 | 1 at | pay direct |
| 6/28/2012 | 2 | $0.00 | | $1,320.00 | $132.00 | | $50.00 | | 1,138.00 | | |
| 7/28/2012 | 3 | $0.00 | 3 at | $1,320.00 | $132.00 | | $50.00 | 3 at | 1,138.00 | | |
| 8/28/2012 | 4 | $0.95 | | $1,184.00 | $118.40 | | $50.00 | | 1,014.65 | | |
| 9/28/2012 | 5 | $0.95 | | $1,184.00 | $118.40 | | $50.00 | | 1,014.65 | | |
| 10/28/2012 | 6 | $0.95 | | $1,184.00 | $118.40 | | $50.00 | | 1,014.65 | | |
| 11/28/2012 | 7 | $0.95 | | $1,184.00 | $118.40 | | $50.00 | | 1,014.65 | | |
| 12/28/2012 | 8 | $0.95 | | $1,184.00 | $118.40 | | $50.00 | | 1,014.65 | | |
| 1/28/2013 | 9 | $0.95 | | $1,184.00 | $118.40 | | $50.00 | | 1,014.65 | | |
| 2/28/2013 | 10 | $0.95 | | $1,184.00 | $118.40 | | $50.00 | | 1,014.65 | | |
| 3/28/2013 | 11 | $0.95 | | $1,184.00 | $118.40 | | $50.00 | | 1,014.65 | | |
| 4/28/2013 | 12 | $0.95 | | $1,184.00 | $118.40 | | $50.00 | | 1,014.65 | | |
| 5/28/2013 | 13 | $0.95 | | $1,184.00 | $118.40 | | $50.00 | | 1,014.65 | | |
| 6/28/2013 | 14 | $0.95 | | $1,184.00 | $118.40 | | $50.00 | | 1,014.65 | | |
| 7/28/2013 | 15 | $0.95 | | $1,184.00 | $118.40 | | $50.00 | | 1,014.65 | | |
| 8/28/2013 | 16 | $0.95 | | $1,184.00 | $118.40 | | $50.00 | | 1,014.65 | | |
| 9/28/2013 | 17 | $0.95 | | $1,184.00 | $118.40 | | $50.00 | | 1,014.65 | | |
| 10/28/2013 | 18 | $0.95 | | $1,184.00 | $118.40 | | $50.00 | | 1,014.65 | | |
| 11/28/2013 | 19 | $0.95 | | $1,184.00 | $118.40 | | $50.00 | | 1,014.65 | | |
| 12/28/2013 | 20 | $0.95 | | $1,184.00 | $118.40 | | $50.00 | | 1,014.65 | | |
| 1/28/2014 | 21 | $0.95 | | $1,184.00 | $118.40 | | $50.00 | | 1,014.65 | | |
| 2/28/2014 | 22 | $0.95 | | $1,184.00 | $118.40 | | $50.00 | | 1,014.65 | | |
| 3/28/2014 | 23 | $0.95 | | $1,184.00 | $118.40 | | $50.00 | | 1,014.65 | | |
| 4/28/2014 | 24 | $0.95 | | $1,184.00 | $118.40 | | $50.00 | | 1,014.65 | | |
| 5/28/2014 | 25 | $0.95 | | $1,184.00 | $118.40 | | $50.00 | | 1,014.65 | | |
| 6/28/2014 | 26 | $0.95 | | $1,184.00 | $118.40 | | $50.00 | | 1,014.65 | | |
| 7/28/2014 | 27 | $0.95 | | $1,184.00 | $118.40 | | $50.00 | | 1,014.65 | | |
| 8/28/2014 | 28 | $0.95 | | $1,184.00 | $118.40 | | $50.00 | | 1,014.65 | | |
| 9/28/2014 | 29 | $0.95 | | $1,184.00 | $118.40 | | $50.00 | | 1,014.65 | | |
| 10/28/2014 | 30 | $0.95 | | $1,184.00 | $118.40 | | $50.00 | | 1,014.65 | | |
| 11/28/2014 | 31 | $0.95 | | $1,184.00 | $118.40 | | $50.00 | | 1,014.65 | | |
| 12/28/2014 | 32 | $0.95 | | $1,184.00 | $118.40 | | $50.00 | | 1,014.65 | | |
| 1/28/2015 | 33 | $0.95 | | $1,184.00 | $118.40 | | $50.00 | | 1,014.65 | | |
| 2/28/2015 | 34 | $0.95 | | $1,184.00 | $118.40 | | $50.00 | | 1,014.65 | | |
| 3/28/2015 | 35 | $0.95 | | $1,184.00 | $118.40 | | $50.00 | | 1,014.65 | | |
| 4/28/2015 | 36 | $0.95 | | $1,184.00 | $118.40 | | $50.00 | | 1,014.65 | | |
| 5/28/2015 | 37 | $0.95 | | $1,184.00 | $118.40 | | $50.00 | | 1,014.65 | | |
| 6/28/2015 | 38 | $0.95 | | $1,184.00 | $118.40 | | $50.00 | | 1,014.65 | | |
| 7/28/2015 | 39 | $0.95 | | $1,184.00 | $118.40 | | $50.00 | | 1,014.65 | | |
| 8/28/2015 | 40 | $0.95 | | $1,184.00 | $118.40 | | $50.00 | | 1,014.65 | | |
| 9/28/2015 | 41 | $0.95 | | $1,184.00 | $118.40 | | $50.00 | | 1,014.65 | | |
| 10/28/2015 | 42 | $0.95 | | $1,184.00 | $118.40 | | $50.00 | | 1,014.65 | | |
| 11/28/2015 | 43 | $0.95 | | $1,184.00 | $118.40 | | $50.00 | | 1,014.65 | | |
| 12/28/2015 | 44 | $0.95 | | $1,184.00 | $118.40 | | $50.00 | | 1,014.65 | | |
| 1/28/2016 | 45 | $0.95 | | $1,184.00 | $118.40 | | $50.00 | | 1,014.65 | | |
| 2/28/2016 | 46 | $0.95 | | $1,184.00 | $118.40 | | $50.00 | | 1,014.65 | | |
| 3/28/2016 | 47 | $0.95 | | $1,184.00 | $118.40 | | $50.00 | | 1,014.65 | | |
| 4/28/2016 | 48 | $0.95 | | $1,184.00 | $118.40 | | $50.00 | | 1,014.65 | | |
| 5/28/2016 | 49 | $0.95 | | $1,184.00 | $118.40 | | $50.00 | | 1,014.65 | | |
| 6/28/2016 | 50 | $0.95 | | $1,184.00 | $118.40 | | $50.00 | | 1,014.65 | | |
| 7/28/2016 | 51 | $0.95 | | $1,184.00 | $118.40 | | $50.00 | | 1,014.65 | | |
| 8/28/2016 | 52 | $0.95 | | $1,184.00 | $118.40 | | $50.00 | | 1,014.65 | | |
| 9/28/2016 | 53 | $0.95 | | $1,184.00 | $118.40 | | $50.00 | | 1,014.65 | | |
| 10/28/2016 | 54 | $0.95 | | $1,184.00 | $118.40 | | $50.00 | | 1,014.65 | | |
| 11/28/2016 | 55 | $0.95 | | $1,184.00 | $118.40 | | $50.00 | | 1,014.65 | | |
| 12/28/2016 | 56 | $0.95 | | $1,184.00 | $118.40 | | $50.00 | | 1,014.65 | | |
| 1/28/2017 | 57 | $0.95 | | $1,184.00 | $118.40 | | $50.00 | | 1,014.65 | | |
| 2/28/2017 | 58 | $0.95 | | $1,184.00 | $118.40 | | $50.00 | | 1,014.65 | | |
| 3/28/2017 | 59 | $0.95 | | $1,184.00 | $118.40 | | $50.00 | | 1,014.65 | | |
| 4/28/2017 | 60 | $0.95 | 57 at | $1,184.00 | $118.40 | 60 at | $50.00 | 57 at | 1,014.65 | | |
| | | $54.15 | | $71,448.00 | $7,144.80 | | $3,000.00 | | $61,249.05 | | |
| | | $33,007.06 | | | | | ATTY | | | | |
| | | 0% | | | | | | | | | |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

                                        Case No.: 6:12-bk-04757-ABB
                                        Chapter 13

MARGARET WILSON,
        Debtor
_____/

## CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that the Amended Chapter 13 Bankruptcy Plan was sent this 13th day of August, 2012 either by electronic transmission or U.S. Mail, first class, postage pre-paid, to each of the creditors and/or parties in interest listed on the attached Matrix.

                                        /s/ Avie Meshbesher Croce, Esq
                                        Avie M. Croce, Esquire
                                        1301 Beville Road
                                        Suite 8
                                        Daytona Beach, FL 32119
                                        Telephone Number: (386) 304-2821
                                        Florida Bar Number: 0020519
                                        Attorney for Debtor

```
Label Matrix for local noticing          Bank of America N.A.,                    Capital One Auto Finance Department
113A-6                                   c/o Michelle Garcia Gilbert, Esq.        c/o Ascension Capital Group
Case 6:12-bk-04757-ABB                   2005 Pan Am Circle                       P.O. Box 201347
Middle District of Florida               Suite 110                                Arlington, TX 76006-1347
Orlando                                  Tampa, FL 33607-2380
Mon Aug 13 14:24:03 EDT 2012

Capital One, N.A.                        Recovery Management Systems Corp.        United States Trustee - ORL7/13 7
Bass & Associates, P.C.                  Attn: Ramesh Singh                       135 W Central Blvd., Suite 620
c/o Patti H Bass                         25 SE Second Avenue, Ste 1120            Orlando, FL 32801-2440
3936 E. Ft. Lowell Road, Suite #200      Miami, FL 33131-1605
Tucson, AZ 85712-1083


United States Bankruptcy Court           AT&T MOBILITY II LLC                     AT&T Mobility
135 West Central Boulevard Suite 950     % AT&T SERVICES, INC                     PO Box 536216
Orlando, FL 32801-2443                   JAMES GRUDUS, ESQ.                       Atlanta, GA 30353-6216
                                         ONE AT&T WAY, ROOM 3A218
                                         BEDMINSTER, NJ 07921-2693


Admin Recovery Llc                       Bank Of America, N.a.                    Bank of America N.A.,
9159 Main St                             450 American St                          P.O. Box 660933
Clarence, NY 14031-1931                  Simi Valley, CA 93065-6285               Dallas, Texas 75266-0933



Barclays Bank Delaware                   Bay Area Credit Service, LLC             CAPITAL ONE BANK (USA), N.A.
Attention: Bankruptcy                    1901 W 10th Street                       PO Box 12907
Po Box 8801                              Antioch, CA 94509-1380                   Norfolk VA 23541-0907
Wilmington, DE 19899-8801



Cach Llc/Square Two Financial            Capital One Auto Finance                 Capital One Auto Finance, c/o Ascension Capi
4340 South Monaco St.  2nd Floor         3905 N Dallas Pkwy                       P.O. Box 201347
Denver, CO 80237-3408                    Plano, TX 75093-7892                     Arlington, TX 76006-1347



Capital One, N.a.                        Chase Card Member Services               FLORIDA HOSPITAL ORLANDO
Capital One Bank (USA) N.A.              PO Box 15153                             C/O KEVIN B. WILSON LAW OFFICES
Po Box 30285                             Wilmington, DE 19886-5153                2810 WALKER ROAD, SUITE 102
Salt Lake City, UT 84130-0285                                                     CHATTANOOGA, TENNESSEE 37421-1082



Florida Department of Revenue            Florida Hospital                         Florida Oncology Network
Bankruptcy Unit                          Patient Financial Services               PO BOX 1031
Post Office Box 6668                     PO Box 53880                             Orlando, FL 32802-1031
Tallahassee FL 32314-6668                32853-8800



Florida Radiology Imaging                Flr Solution                             GE Capital Retail Bank
PO BOX 864556                            Cscl Dispute Team                        c/o Recovery Management Systems Corp
Orlando, FL 32886-0001                   Des Moines, IA 50306                     25 SE 2nd Ave Suite 1120
                                                                                  Miami, FL 33131-1605



Gecrb/walmart                            Gemb/chevron                             Gembppbycr
Po Box 981400                            Attention: Bankruptcy                    Gemb/Attn: Bankruptcy
El Paso, TX 79998-1400                   Po Box 103104                            Po Box 103104
                                         Roswell, GA 30076-9104                   Roswell, GA 30076-9104
```

```
Hilco Receivables/Equable Ascent Financi      Hsbc Bank                                    Hsbc/bsbuy
Attn: Bankruptcy                              Attn: Bankruptcy                             Po Box 5253
1120 Lake Cook Road Suite B                   Po Box 5213                                  Carol Stream, IL 60197-5253
Buffalo Grove, IL 60089-1970                  Carol Stream, IL 60197-5213


Internal Revenue Service                      JLR Anesthesia                               Jefferson Capital Systems LLC
Post Office Box 7346                          PO Box 948075                                PO BOX 7999
Philadelphia PA 19101-7346                    Maitland, FL 32794-8075                      SAINT CLOUD MN 56302-7999



KEYSTONE RECOVERY PARTNERS LLC, SERIES A      Kohls/capone                                 National Capital Management, LLC
C O Weinstein And Riley, PS                   N56 W 17000 Ridgewood Dr                     agent for GE Capital Retail Bank
2001 Western Avenue, Ste 400                  Menomonee Falls, WI 53051-7096               8245 Tournament Drive
Seattle, Wa 98121-3132                                                                     Suite 230
                                                                                           Memphis, TN 38125-1741


North American Credit Servic                  Orlando Sentinel                             Portfolio Investments II LLC
2810 Walker Road                              PO BOX 9001156                               c/o Recovery Management Systems Corporat
Suite 100                                     Louisville, KY 40290-1156                    25 SE 2nd Avenue Suite 1120
Chattanooga, TN 37421-1082                                                                 Miami FL 33131-1605


(p)PORTFOLIO RECOVERY ASSOCIATES LLC          Premier Fin                                  Quantum3 Group LLC as agent for
PO BOX 41067                                  5312 Brainerd Rd                             Crown Asset Management LLC
NORFOLK VA 23541-1067                         Chattanooga, TN 37411-5327                   PO Box 788
                                                                                           Kirkland, WA  98083-0788


RADIOLOGY SPECIALISTS OF FLORIDA-ORLANDO      Recovery Management Systems Corporation      Sams Club / GEMB
C/O KEVIN B. WILSON LAW OFFICES               25 S.E. 2nd Avenue, Suite 1120               Attention:  Bankruptcy Department
2810 WALKER ROAD, SUITE 102                   Miami, FL 33131-1605                         Po Box 103104
CHATTANOOGA, TENNESSEE 37421-1082                                                          Roswell, GA 30076-9104


Volusia County Tax Collector                  Avie Meshbesher Croce                        Laurie K Weatherford
123 West Indiana Avenue                       Avie Meshbesher Croce, P.L.                  Post Office Box 3450
Room 103                                      1301 Beville Road Suite 8                   Winter Park, FL 32790-3450
Deland FL 32720-4615                          Daytona Beach, FL 32119-1503


Liz McCausland                                Margaret Wilson
545 Delaney Ave                               430 Buford Ave
Suite 7                                       Orange City, FL 32763-6715
Orlando, FL 32801-3866
```

              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


```
Portfolio Recovery Associates, LLC            End of Label Matrix
POB 41067                                     Mailable recipients    52
Norfolk VA 23541                              Bypassed recipients     0
                                              Total                  52
```